JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
OSCAR GONZALEZ DE LLANO, DCBN 491042
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4818
Facsimile: (415) 744-0134
Email: oscar.gonzalez@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT A. MAFARA, JR., | Case No.: 2:22-cv-02142-EJY |
| Plaintiff, | |
| vs. | [~~PROPOSED~~] **ORDER GRANTING EXTENSION OF TIME** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon Defendant's Motion for Extension of Time to File Certified Administrative Record and Answer, and for good cause shown, **IT IS ORDERED** that the date on which Defendant's answer is due is extended by sixty days, from February 23, 2023 to April 24, 2023.  Defendant shall file the answer on or before April 24, 2023.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE

JUDGE DATED: February 22, 2023

[Proposed] Order